App. Div.]          Second Department, November, 1907.

Walter L. O'Shea and G. Harry O'Shea, Respondents, v. Isaac Moritz, Appellant.—.Motion to require Justice Rosenthal to make a return on appeal granted. See memorandum in *Moellhausen* v. *Lipschitz*, filed herewith (*ante*, p. 912). Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

William Robinson, Appellant, v. Union Railway Company of New York City, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Leo Schlesinger, as Receiver of the Federal Bank of New York, Respondent, v. Louis Borgenicht and Hyman Sharff, Appellants.— Motion denied, without costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Aaron Sheftman, Respondent, v. Isaac Schreiber, Appellant.— Motion denied. See memorandum in *Moellhausen* v. *Lipschitz*, filed herewith (*ante*, p. 912). Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

J. J. Spurr & Sons, Inc., Plaintiff, v. The Empire State Surety Company and William F. Fischer, Defendants.— The appeal having been determined, it is unnecessary to decide this motion. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Frank Starkman, Respondent, v. Sadie E. Marshall, Appellant.—Motion to dismiss appeal denied, provided the appellant pay ten. dollars costs and file her case within ten days; otherwise motion granted, with ten dollars costs. Present —Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Elizabeth R. Taylor, Respondent, v. Anthony A. Lisman, Doing Business under the Firm Name of Anthony A. Lisman & Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Alma Grace Watson, Respondent, v. William H. Brooks, Appellant. Mabel Green and Others, Respondents. — Motion for discontinuance granted, without costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Edward M. Tyrrell, Appellant, v. Long Island City, Respondent.— Reargument ordered and case set down for Tuesday, December 3, 1907.

Edward M. Tyrrell, Appellant, v. Long Island City, Respondent.— Reargument ordered and case set down for Tuesday, December 3, 1907.

Charles A. Brown and John Fleming, Appellants, v. William L. Dyckman, as Executor and Trustee under the Last Will and Testament of Rosalie A. Bleakley, Deceased, and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Max Finkelstein, Respondent, v. David Fuchs and Abraham Fuchs, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Franklin Haines, Appellant, v. Amzi L. Barber and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.